ATTACHMENT 1

