ATTACHMENT 2

