ATTACHMENT 4



