



ATTACHMENT 5



