UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No. 1:24-cv-02153-JPH-MKK |
| v. | ) |
| | ) |
| APPROXIMATELY TWO | ) |
| TERRIER MIX TYPE DOGS, | ) |
| | ) |
| Defendants. | ) |

**<u>NOTICE OF APPEARANCE</u>**

Zachary A. Myers, United States Attorney for the Southern District of Indiana, by Kelly Rota, Assistant United States Attorney for the Southern District of Indiana, enters her appearance as counsel for the Plaintiff, United States of America.

                                                Respectfully submitted,

                                                ZACHARY A. MYERS
                                                United States Attorney

By:    <u>*/s/Kelly Rota*</u>
              Kelly Rota
              Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2024, a copy of the foregoing document was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

and

I further certify that on December 6, 2024, a copy of the foregoing document was mailed, by First Class Mail and by Certified U.S. Mail, postage prepaid and properly addressed to the following:

Thomas Rayford, #22041-511
501 East Court Avenue
Jeffersonville, IN 47130

Jason D. Clark
Counsel for Thomas Rayford
2177 Intelliplex Drive, Suite 251
Shelbyville, IN 46176

Elizabeth Goodson
6030 Dewey Street
Anderson, IN 46016

Rebecca L. Gray
Counsel for Elizabeth Goodson
156 East Market Street., Suite 300
Indianapolis, IN 46204

/s/Kelly Rota
Kelly Rota
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-5027