**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) CASE NO. 1:24–cv–02153–JPH–MKK |
| | ) |
| APPROXIMATLEY TWO TERRIER MIX TYPE DOGS | ) |
| Defendant(s) | ) |

## ORDER OF RECUSAL/DISQUALIFICATION

    In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

    IT IS SO ORDERED.


DATE: <u>December 9, 2024</u>          <u> s/   Magistrate Judge M. Kendra Klump    </u>
                                                            United States District Court
                                                            Southern District of Indiana