# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### *Kristine L. Seufert*

### *Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

December 9, 2024

Re: UNITED STATES OF AMERICA v.
APPROXIMATLEY TWO TERRIER MIX
TYPE DOGS
Cause Number: 1:24−cv−02153−JPH−TAB

TO ALL COUNSEL OF RECORD:

      Pursuant to Title 28 U.S.C. §455, the above matter was reassigned from the docket of Judge M. Kendra Klump to the docket of Judge Tim A. Baker on December 9, 2024. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:24−cv−02153−JPH−TAB should be used on all future filings.**

Sincerely,

Kristine L. Seufert, Clerk of Court


By: s/Dan Habing
Dan Habing, Deputy Clerk