UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-02153-JPH-TAB |
| v. | ) |
| | ) |
| APPROXIMATELY TWO | ) |
| TERRIER MIX TYPE DOGS, | ) |
| | ) |
| Defendants. | ) |

**WARRANT FOR ARREST OF PROPERTY**

TO:   ANY OFFICER OR EMPLOYEE OF THE UNITED STATES

WHEREAS a Complaint for Forfeiture In Rem has been filed in this Court on Friday, December 6, 2024, by Zachary A. Myers, United States Attorney for the Southern District of Indiana, against Approximately Two Terrier Mix Type Dogs, defendant herein, for reasons and causes set forth in the Complaint;

YOU ARE HEREBY COMMANDED to take custody of and to deliver the defendant currency into the possession of the United States of America, to be detained in the possession of the United States or its designee until further order of this Court, and you will make return thereon not later than ten (10) days after execution of process.

Dated: 12/9/2024

                                          Kristine L. Seufert, Clerk

                                          BY: _____*Carina Weed*_____
                                                 Deputy Clerk, U.S. District Court

Arrest Warrant to be issued by the Clerk pursuant to
Rule G(3)(b)(i) of the Supplemental Rules for
Admiralty or Maritime Claims and Asset Forfeiture Actions,
for property in custody of the United States.