UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-02153-JPH-TAB |
| APPROXIMATLEY TWO TERRIER MIX TYPE DOGS, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER ON MOTION FOR DEFAULT JUDGMENT**

Plaintiff, the United States of America, has moved under Federal Rule of Civil Procedure 55(b)(2) for entry of default judgment. Plaintiff has shown reasonable cause for seizure of the Defendant Property. Defendant Property was seized from Thomas Rayford and Elizabeth Goodson, who were served and failed to file a claim or an answer. Default was entered on March 19, 2025. Dkt. 10. The Court deems that potential claimants Thomas Rayford and Elizabeth Goodson admit the Complaint's allegations to be true.

The Court therefore **GRANTS** the motion, dkt. [11], and **ORDERS** default judgment under Rule 55(b)(2) against all potential claimants and the Defendant Property is **FORFEITED** to the United States of America. The United States is ordered to dispose of said property according to law.

The Court also finds that there was reasonable cause for the seizure of the Defendant Property as that term is used in 28 U.S.C. § 2465 and that any and all persons connected with the seizure of the Defendant Property, or any

1

person connected with the bringing of this action will not be liable to suit or judgment on account of this suit or prosecution.

Final judgment will issue by separate entry.

**SO ORDERED.**

Date: 6/3/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel

Thomas Rayford, #22041-511
501 East Court Avenue
Jeffersonville, IN 47130

Jason D. Clark
Counsel for Thomas Rayford
2177 Intelliplex Drive, Suite 251
Shelbyville, IN 46176

Rebecca L. Gray
Counsel for Elizabeth Goodson
156 East Market Street., Suite 300
Indianapolis, IN 46204